# Court of Appeals of the State of Georgia

ATLANTA, May 11, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1930. JERMAINE MARQUESE ENGLISH v. THE STATE.**

After the trial court entered an order revoking Jermaine Marquese English's probation, English filed this direct appeal. Under OCGA § 5-6-35(a)(5), however, appeals from probation revocation orders must be made by application for discretionary appeal. Compliance with the discretionary appeals procedure is jurisdictional. *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). Because English failed to file an application for discretionary appeal, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/11/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.